# EXHIBIT "A"

9100 16th PL Unit 1
Vero Beach, FL 32966
(772)-532-8419
marty@infinitygolfsims.com
www.infinitygolfsim.com

# Infinity Golf & Sports Simulators

## Invoice

Bill To: Tom Allen - Back Nine Golf
Tomallen@optonline.net

| | |
|---|---|
| Invoice No: | 2055 |
| Date: | 10/25/2018 |
| Terms: | NET 0 |
| Due Date: | 10/25/2018 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Infinity Golf Commercial Simulators | 4 | $10,000.01 | $40,000.04 |

Custom Commercial Golf Simulator System for Back Nine Golf

Enclosed lights, cameras, power supply, computer, wireless unit, E6 System software preinstalled.
CPU Specs: 6th-generation Intel Core i7-7200U processor (3.10 GHz, 3M Cache), 16GB DDR4 memory, and 250GB SSD for exceptional performance, Discrete NVIDIA GeForce GT 930M graphics for smooth 4K UHD visuals
Tracking Hardware: (2) machine vision cameras, (2) infrared lighting units, (1) dedicated power supply w/ surge protection, (2) USB3 cables, (1) USB3 active extension, pro grade HDMI cable, (1) TIU overhead control enclosure and side camera enclosure, (1) TIU Voice Control module (software release anticipated for Q2 2018 and will be automatically upgraded).
Installed with E6 standard 15 course package and Infinity Golf & Sports Simulators exclusive "Nicklaus' Best" course package, a handpicked selection of golf courses either designed by Nicklaus or were sites of his major championships. Included are:
Nicklaus Designed: Castle Pines Golf Club, Harbour Town, Cabo del Sol, King & Bear, Superstition Mountain, Hokulia, PGA National
Courses on which Jack won majors: Oakmont CC (1962 US Open), Old Course at St. Andrews (1970 and 1978 British Open - Not available until contract negotiations have concluded), PGA National (1971 PGA Championship, a Senior PGA and a Ryder Cup)

The TIU hardware solution is what sets us apart from everyone else in the industry. Unlike many of our competitors who are offering stripped down simulators for the same price, TIU offers a complete and full featured simulator for indoor golf, instruction, and residential applications. Powered by industrial machine vision cameras by Basler, considered the most technologically advanced high speed camera manufacturer in the world, the TIU control module is the all-in-one integrated solution that is the "brawn" behind the "brains"! No longer do you need a specially built high powered computer, a completely dark room, or a myriad of components and wires strung throughout your space to enjoy the benefits of 24/7/365 golf. With just the TIU control module, a video display or projector, and enough space in which to safely swing a golf club, you can now experience the absolute finest golf simulation system in the business.
Size: 52" L x 14"W x 5.5" H
Weight: 28 lbs.

Shipping & Handling TBD

| Terms of Sale (Commercial/Scholastic) | 1 | $0.00 | $0.00 |
|---|---|---|---|

Due to the fact that all of our products are custom designed and manufactured, our terms of sale require a deposit equaling 65% of the total invoice on order. On installed products, 20% of invoice is due on shipment (plus any freight charges) and 15% balance of invoice is due on installation.

| Due upon receipt 65% - $26,000.00 | 1 | $0.00 | $0.00 |
|---|---|---|---|

Payment 2 due Nov. 15th - 20% - $8,000.00
Payment 3 due Nov. 26th - 15%- $6,000.04

**Payment Details**

USD Wire Transfer payments to Infinity Golf
Wells Fargo
Routing Number - ▬▬
Account Number - ▬▬

| | |
|---|---|
| Subtotal | $40,000.04 |
| TAX 0% | $0.00 |
| Total | $40,000.04 |
| Paid | $26,000.00 |
| **Balance Due** | **$14,000.04** |

## Infinity Golf Commercial Simulators



| | |
|---|---|
| **Custom Commercial Golf Simulator System for Back Nine Golf** | 10,000.01<br>x 4<br>40,000.04 |

**Enclosed lights, cameras, power supply, computer, wireless unit, E6 System software preinstalled.**
**CPU Specs:** 6th-generation Intel Core i7-7200U processor (3.10 GHz, 3M Cache), 16GB DDR4 memory, and 250GB SSD for exceptional performance, Discrete NVIDIA GeForce GT 930M graphics for smooth 4K UHD visuals
**Tracking Hardware:** (2) machine vision cameras, (2) infrared lighting units, (1) dedicated power supply w/ surge protection, (2) USB3 cables, (1) USB3 active extension, pro grade HDMI cable, (1) TIU overhead control enclosure and side camera enclosure, (1) TIU Voice Control module (software release anticipated for Q2 2018 and will be automatically upgraded).
**Installed with E6 standard 15 course package and Infinity Golf & Sports Simulators exclusive "Nicklaus' Best" course package, a handpicked selection of golf courses either designed by Nicklaus or were sites of his major championships. Included are:**
**Nicklaus Designed:** Castle Pines Golf Club, Harbour Town, Cabo del Sol, King & Bear, Superstition Mountain, Hokulia, PGA National
**Courses on which Jack won majors:** Oakmont CC (1962 US Open), Old Course at St. Andrews (1970 and 1978 British Open - Not available until contract negotiations have concluded), PGA National (1971 PGA Championship, a Senior PGA and a Ryder Cup)

The TIU hardware solution is what sets us apart from everyone else in the industry. Unlike many of our competitors who are offering stripped down simulators for the same price, TIU offers a complete and full featured simulator for indoor golf, instruction, and residential applications. Powered by industrial machine vision cameras by Basler, considered the most technologically advanced high speed camera manufacturer in the world, the TIU control module is the all-in-one integrated solution that is the "brawn" behind the "brains"! No longer do you need a specially built high powered computer, a completely dark room, or a myriad of components and wires strung throughout your space to enjoy the benefits of 24/7/365 golf. With just the TIU control module, a video display or projector, and enough space in which to safely swing a golf club, you can now experience the absolute finest golf simulation system in the business.
**Size:** 52" L x 14"W x 5.5" H
**Weight:** 28 lbs.

FROM
Marty Rasmussen
Infinity Golf & Sports
Simulators LLC
9100 16th PL Unit 1
www.infinitygolfsim.com

PHONE
1-(772)-532-8419

FOR
Back Nine Golf

TO
Tom Allen

QUOTE NUMBER
1122

DATE
October 23, 2018

VALID UNTIL
November 2, 2018 at 8:47pm

Download PDF

### The TIU Hardware

The TIU hardware solution is what sets us apart from everyone else in the industry. Unlike many of our competitors who are offering stripped down simulators for the same price, TIU offers a complete and full featured simulator for indoor golf, instruction, and residential applications. Powered by industrial machine vision cameras by Basler, considered the most technologically advanced high speed camera manufacturer in the world, the TIU control module is the all-in-one integrated solution that is the "brawn" behind the "brains"! No longer do you need a specially built high powered computer, a completely dark room, or a myriad of components and wires strung throughout your space to enjoy the benefits of 24/7/365 golf. With just the TIU control module, a video display or projector, and enough space in which to safely swing a golf club, you can now experience the absolute finest golf simulation system in the business.
Size: 52" L x 14"W x 5.5" H
Weight: 28 lbs

### Terms of Sale (Commercial/Scholastic)

Due to the fact that all of our products are custom designed and manufactured, our terms of sale require a deposit equaling 65% of the total invoice on order. On installed products, 20% of invoice is due on shipment (plus any freight charges) and 15% balance of invoice is due on installation. All travel expenses will be added to the final payment. On replacement or upgrade products, the total invoice is due on order.
Current lead times for custom builds is six to eight weeks. Actual delivery dates will be offered upon reception of a signed quote and subsequent deposit.
Freight, duties, VAT, and all other taxes are the responsibility of the client unless previous arrangements are made with Infinity Golf. Freight Charges are NOT include in this quote, but will be noted in the subsequent invoice once the order is confirmed.
Acceptable forms of payment: ACH bank transfer, bank to bank wire transfer.
All Infinity Golf products remain as the sole property of Infinity Golf&Sports Simulators, LLC until the products have been paid in full. All funds paid to Infinity Golf are considered earned upon receipt.

Total USD   $40,000.04

Ask a Question

Infinity Golf Commercial Simulators

Total USD $40,000.04

Additional comments

Digital Fingerprint...   ACCEPTED

Order/reference number



☑ Yes, I Tom Allen agree to and accept this quote, on October 25, 2018 at 3:54pm.

Powered by Quotient